**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

JOHN ADAM KOZAK,                    CASE NO. 24-04051-5-PWM
                                    CHAPTER 7

    DEBTOR

**MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND**
**STATEMENT OF FINANCIAL AFFAIRS**

NOW COMES the Debtor, by and through undersigned counsel, and pursuant to Bankruptcy Rule 1007 requests an additional fourteen (14) days within which to file bankruptcy schedules and statement of financial affairs. In support thereof, the Debtor avers as follows:

1. This chapter 7 bankruptcy case was filed on November 20, 2024.

2. Debtor needs additional time in order to file true and accurate schedules.

**Prayer**

Wherefore, the Debtor, respectfully requests (i) that this motion be approved, (ii) that the Debtor be granted an additional fourteen (14) days in which to file bankruptcy schedules and statement of financial affairs, (iii) that he be granted such other and further relief, at law or in equity, general or special, to which he may show himself to be justly entitled by this pleading or by subsequent amendments to this pleading.

Dated:  December 4, 2024                    SASSER LAW FIRM

                                                                     /s/ Travis Sasser
                                                                     Travis Sasser, State Bar No. 26707
                                                                     2000 Regency Parkway, Suite 230
                                                                     Cary, N.C. 27518
                                                                     Tel: 919.319.7400
                                                                     Fax: 919.657.7400
                                                                     travis@sasserbankruptcy.com
                                                                     *Attorney for Debtor*

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing Motion was served on the entities listed below at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party, electronic transmission, pursuant to Local Rule 5005-4(9)(b).

Chapter 7 Trustee
***Served Electronically***

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 4, 2024          SASSER LAW FIRM

                                            /s/ Travis Sasser
                                            Travis Sasser, State Bar No. 26707
                                            2000 Regency Parkway, Suite 230
                                            Cary, N.C. 27518
                                            Tel: 919.319.7400
                                            Fax: 919.657.7400
                                            travis@sasserbankruptcy.com
                                            *Attorney for Debtor*