**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.:** |
| **JOHN ADAM KOZAK** | **24-04051-5-PWM** |
| **DEBTOR** | **CHAPTER 7** |

### RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

The undersigned Trustee serving in this case herewith responds and objects to the Motion for Relief from Stay filed by Grasshopper Bank, NA based upon the fact that the Debtor has not filed his Schedules and Statements and the Chapter 7 § 341 meeting of creditors has not yet been conducted and the Trustee has not had an opportunity to examine the Debtor regarding the property which is the subject of said motion.

<u>Request for Hearing</u>:  The Trustee requests that this matter be scheduled for hearing after the Debtor's § 341 meeting of creditors which is scheduled for January 13, 2025 in order to allow the Trustee time to review the Debtor's Schedules and Statements and to conduct the Debtor's § 341 meeting of creditors before a hearing on this matter, with the stay to continue in effect pending the hearing.  The attorney for the movant has been contacted and has consented to this request.

Dated:  December 6, 2024

BUTLER & BUTLER, L.L.P.

 s/Algernon L. Butler, III
Algernon L. Butler, III
Chapter 7 Trustee
NC State Bar No. 20881
P.O. Box 38
Wilmington, NC 28402
Telephone (910) 762-1908
Email:  albutleriii@butlerbutler.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age, and that the

**RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

in the above captioned case was this day served upon the below named persons as follows:

<u>By electronic service through CM/ECF:</u>

Mr. Adam M. Gottsegen                    Mr. Travis Sasser
Nicholls & Crampton, P.A.                 2000 Regency Parkway, Suite 230
Post Office Box 18237                      Cary, NC 27518
Raleigh, NC 27619

*Attorney for Movant*

<u>By mailing, postage prepaid, first class mail, *or by certified mail return receipt requested if indicated below, or by facsimile if indicated below*, of a copy of such instrument to such persons, parties and/or counsel at the address shown below:</u>

U.S. Bankruptcy Administrator
434 Fayetteville Street, Suite 640
Raleigh, NC 27601

BUTLER & BUTLER, L.L.P.

Dated: December 6, 2024

 s/Algernon L. Butler, III
Algernon L. Butler, III
Chapter 7 Trustee
NC State Bar No. 20881
P.O. Box 38
Wilmington, NC 28402
Telephone (910) 762-1908
Email:  albutleriii@butlerbutler.com