VAN–008 Notice Rescheduling 341 Meeting of Creditors – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
John Adam Kozak
( debtor has no known aliases )
308 Arborhill Lane
Holly Springs, NC 27540

CASE NO.: 24–04051–5–PWM

DATE FILED: November 20, 2024

CHAPTER: 7

NOTICE RESCHEDULING 341 MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the section 341 meeting of creditors for John Adam Kozak is rescheduled to take place on:

DATE:   Wednesday, January 15, 2025
TIME:   09:30 AM
PLACE:  Appear by Video – Meeting Information,, http://www.nceba.uscourts.gov/zoom341s

DATED: December 16, 2024

Stephanie J. Butler
Clerk of Court