**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. |
| JOHN ADAM KOZAK | 24-04051-5-PWM |
| DEBTOR | CHAPTER 7 PROCEEDING |

**BANKRUPTCY ADMINISTRATOR'S MOTION FOR PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004**

**NOW COMES** the Bankruptcy Administrator for the Eastern District of North Carolina, by and through undersigned counsel, and respectfully moves this Court for an order upon the Debtor and Non-Filing Spouse, Adel Kozak to produce certain documents pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure. The Bankruptcy Administrator requests that the Debtors produce the documents that are indicated below:

☒ Pay advices of the Debtor and Spouse from May 1, 2024 through January 31, 2025. Pay advices include, but are not limited to the following: paycheck stubs, pension/retirement statements, IRA withdrawal statements, 401(k) withdrawal statements, Social Security benefits award statements, monthly profit and loss statements for business income, annuity payments, and any other document that evidences your income.

☒ Copies of bank statements and cancelled checks, organized in chronological order, for all bank accounts and cash apps held by the Debtor and/or Spouse and any entity held by them for the time period of March 1, 2023 through and including January 31, 2025.

☒ Copies of any and all monthly account statements for any and all stock brokerage, crypto currency, and investment accounts held by the Debtor and/or Spouse and any entity held by them for the time period of March 1, 2023 through and including January 31, 2025.

☒ List of all entities held by the Debtor and/or Spouse during the time period of March 1, 2023 through January 31, 2025.

☒ List of any and all real and personal property held by each entity owned by the Debtor and/or Spouse during the time period of March 1, 2023 through January 31, 2025.

☒ Profit and Loss statements from March 1, 2023 through January 31, 2025 for all entities owned by the Debtor and/or Spouse during this time period.

☒ Any and all documents relating to the formation and corporate governance of business entities which the Debtor and/or Spouse controls or holds an interest. For the avoidance of doubt, this request includes, without limitation, operating agreements, corporate minutes, bylaws, and/or management agreements.

☒ Copy of any and all applications submitted to obtain Economic Injury Disaster Loan submitted to the Small Business Administration.

**WHEREFORE,** the Bankruptcy Administrator requests that this Court issue an order:

1. Requiring the Debtor and Non Filing Spouse Adel Kozak to produce the documents outlined herein to the Bankruptcy Administrator's Office located at 434 Fayetteville Street, Suite 640, Raleigh, NC 27601 (or via email to tanya_aycock@nceba.uscourts.gov) no later than **February 7, 2025;** and,

2. Granting such other and further relief the Court deems just and proper.

Dated this 24th day of January, 2025.

Respectfully submitted,

By: /s/ Brian C. Behr
Brian C. Behr
Bankruptcy Administrator
NCSB #36616

By: /s/ Brian E. Champion
Brian Champion
Staff Attorney
Bankruptcy Administrator's Office
434 Fayetteville Street, Suite 640
Raleigh, NC 27601
(919) 334-3888
brian_champion@nceba.uscourts.gov
MO State Bar No. 72741

## CERTIFICATE OF SERVICE

I, Kimberly D. Summerlin, of 434 Fayetteville Street, Suite 640, Raleigh, North Carolina, 27601, certify:

That I am, and at all times hereinafter mentioned was more than eighteen (18) years of age;

That on this day, I served copies of the foregoing document on the following:

| | |
|---|---|
| George F. Sanderson<br>Chapter 7 Trustee | served via: CM/ECF |
| Travis Sasser<br>Attorney for Debtor | *served via:  CM/ECF* |

**John A. Kozak**
**Adel Kozak**
308 Arborhill Lane
Holly Springs, NC 27540

by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated this 24th day of January 2025.

By: /s/ *Kimberly D. Summerlin*
Kimberly D. Summerlin
Bankruptcy Analyst
Bankruptcy Administrator's Office
434 Fayetteville Street, Suite 640
Raleigh, NC 27601