**SO ORDERED**

**SIGNED this 28 day of January, 2025.**

_____
Pamela W. McAfee
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| IN RE: | CASE NO. |
|---|---|
| JOHN ADAM KOZAK | 24-04051-5-PWM |
| DEBTOR | CHAPTER 7 PROCEEDING |

### ORDER GRANTING BANKRUPTCY ADMINISTRATOR'S MOTION FOR PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004

This matter came before this Court upon the motion of the United States Bankruptcy Administrator for an order upon the Debtor and Non-Filing Spouse, Adel Kozak to produce documents pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure. The Court finds that the motion states good cause.

- ☒ Pay advices of the Debtor and Spouse from May 1, 2024 through January 31, 2025. Pay advices include, but are not limited to the following: paycheck stubs, pension/retirement statements, IRA withdrawal statements, 401(k) withdrawal statements, Social Security benefits award statements, monthly profit and loss statements for business income, annuity payments, and any other document that evidences your income.

- ☒ Copies of bank statements and cancelled checks, organized in chronological order, for all bank accounts and cash apps held by the Debtor and/or Spouse and any entity held by them for the time period of March 1, 2023 through and including January 31, 2025.

- ☒ Copies of any and all monthly account statements for any and all stock brokerage, crypto currency, and investment accounts held by the Debtor and/or Spouse and any

entity held by them for the time period of March 1, 2023 through and including January 31, 2025.

☒ List of all entities held by the Debtor and/or Spouse during the time period of March 1, 2023 through January 31, 2025.

☒ List of any and all real and personal property held by each entity owned by the Debtor and/or Spouse during the time period of March 1, 2023 through January 31, 2025.

☒ Profit and Loss statements from March 1, 2023 through January 31, 2025 for all entities owned by the Debtor and/or Spouse during this time period.

☒ Any and all documents relating to the formation and corporate governance of business entities which the Debtor and/or Spouse controls or holds an interest. For the avoidance of doubt, this request includes, without limitation, operating agreements, corporate minutes, bylaws, and/or management agreements.

☒ Copy of any and all applications submitted to obtain Economic Injury Disaster Loan submitted to the Small Business Administration.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED,** that on or before **February 7, 2025** the Debtor and Non-Filing Spouse, Adel Kozak shall provide to the Bankruptcy Administrator, located at 434 Fayetteville Street, Suite 640, Raleigh, North Carolina 27601 (or via email to tanya_aycock@nceba.uscourts.gov), the documents as indicated below:

**END OF DOCUMENT**