UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE:<br><br>**JOHN ADAM KOZAK,**<br><br>Debtor | Case No. 24-04051-5-PWM<br><br>Chapter 7 |
|---|---|

## NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rules 2002, 9007, and 9010, the undersigned is appearing on behalf of the following creditors ("Creditors"):

| |
|---|
| Lone Palm LLC (Chris Boukedes and Danielle Boukedes) |
| Dennis and Erin Hicks |
| Gerald and Kathy Hill |
| Jeff and Debbie Vandeven |
| Marco and Christy Longo |
| 157W 3rd Street LLC (Rob Croft and Tatum Croft) |
| Harwick NC Properties LLC (Brian Harwick) |
| 109 Ocean Blvd West, LLC (Tiffaney Paul McDowell) |
| Frye Property LLC (Marc Chadwick Frye) |
| 4 Waymaker Properties, LLC (Glenn L. Martin, III, Jennifer Martin, Eric King and Melissa King) |
| Mason Gosse (Marshall Lane Design & Interior LLC) |
| White Conch Properties, LLC (Sangita Dash and Bibhu Mishra) |
| Tony and Kathy Goodson |
| Bruce and Kim Williams |
| Arrington and Courtney Driver |
| Justin Sciranko |
| Jessica and David Gordon |

It is hereby requested as follows:

1. <u>Matrix/Roster</u>.  The undersigned requests that an entry be made on the electronic matrix/roster of creditors and interested parties to receive notice in this case maintained by the Clerk of the United States Bankruptcy Court.

2. <u>Receipt of Notices</u>.  The undersigned requests he be served with all documents filed with the court and all notices which the court and/or other parties are required to serve. This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings appendices, exhibits requests or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, electronic mail, courier service, delivery service, telephone, facsimile, telegraph, telex, or otherwise.

3. <u>No Express or Implied Acceptance of Service</u>. This Notice of Appearance does not give express or implied consent by the undersigned or Womble Bond Dickinson (US) LLP to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

4. <u>No Waiver of Rights</u>. This Notice of Appearance shall not be deemed or construed to be a waiver of the rights of the Creditors of the following:

   a. To have final orders in noncore matters entered only after de novo review by a United States District Judge;

   b. To trial by jury in any case or proceeding related to this case;

   c. To have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or to seek abstention by the United States Bankruptcy Court in any matter; or

   d. To any other rights, remedies, claims, actions, defenses, setoffs, or recoupments to which the Creditors are or may be entitled, in law or in equity, all of which are expressly reserved.

Dated: January 28, 2025          **WOMBLE BOND DICKINSON (US) LLP**

By:   /s/ James S. Livermon, III
James S. Livermon, III
State Bar No. 26492
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2148

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age and that a copy of the

NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

was this day served upon the below-named persons, parties, and/or counsel by depositing a copy thereof in the United States Mail, First Class, postage prepaid, to the addresses shown below, or by CM/ECF:

>John Adam Kozak
>308 Arborhill Lane
>Holly Springs, NC 27540
>
>Travis Sasser, Esq.
>Attorneys for Debtor
>*Via CM/ECF*
>
>Brian C. Behr, Esq.
>Bankruptcy Administrator
>*Via CM/ECF*
>
>George F. Sanderson, Esq.
>Trustee
>*Via CM/ECF*

Dated: January 28, 2025

**WOMBLE BOND DICKINSON (US) LLP**

By:  /s/ James S. Livermon, III
James S. Livermon, III
State Bar No. 26492
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2148
Facsimile: (919) 755-6048