**SO ORDERED**

**SIGNED this 29 day of May, 2025.**

_____
Pamela W. McAfee
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| IN RE: | |
| JOHN ADAM KOZAK, | CASE NO. 24-04051-5-PWM |
| Debtor. | CHAPTER 7 |

### ORDER EXTENDING TIME TO OBJECT TO DEBTORS' DISCHARGE OR DISCHARGEABILITY OF DEBT

Upon Motion of the United States and without opposition from the Debtor or the Chapter 7 Trustee, it is ORDERED that the deadline for filing a complaint objecting to discharge or to the dischargeability of debt is extended until and including July 10, 2025.

**[END OF DOCUMENT]**