**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 24-04051-5-PWM** |
| **JOHN ADAM KOZAK,** | ) | |
| **Debtor.** | ) | **CHAPTER 7** |

**SEVENTH MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE AND DISCHARGEABILITY OF DEBT**

The United States of America (the "United States"), by and through the United States Attorney for the Eastern District of North Carolina, on behalf of its agency, the U.S. Small Business Administration (the "SBA"), hereby moves for entry of an order extending the deadline to object to the discharge of John Adam Kozak (the "Debtor") and to the dischargeability of debt(s) owed to the SBA, up to and including June 1, 2026. In support of this motion, the United States represents as follows:

1. The SBA's Rule 2004 examination of the Debtor has still not been completed. The initial dates for the examination were rescheduled due to winter weather delays. Multiple subsequent examination dates have been rescheduled to accommodate the Debtor's work, health, and family issues. The SBA agreed to reschedule the examination contingent on the Debtor's consent to a further extension of the deadline. The additional time will also all the parties to engage in settlement discussions prior to the filing of an adversary proceeding.

2. Accordingly, cause exists to extend the current deadline.

3. The Debtor and the Trustee consent to this extension.

WHEREFORE, the United States respectfully requests that the Court enter an order extending the deadline to object to the Debtor's discharge and to the dischargeability of debts owed to the United States up to and including June 1, 2026.

Respectfully submitted this 30th day of March, 2026.

W. ELLIS BOYLE
United States Attorney

By: */s/ Benjamin J. Higgins*
BENJAMIN J. HIGGINS
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Telephone: (919) 856-4043
Email: benjamin.higgins2@usdoj.gov
Massachusetts Bar # 690969
*Attorney for the SBA*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of March, 2026, I have served the foregoing upon the below listed parties by first class mail and/or electronically.

John Adam Kozak
308 Arborhill Lane
Holly Springs NC 27540

Served by CM/ECF:

George F. Sanderson III
*Chapter 7 Trustee*

Brian Champion
*Attorney for the Bankruptcy Administrator*

W. ELLIS BOYLE
United States Attorney

By: */s/ Benjamin J. Higgins*
BENJAMIN J. HIGGINS
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Telephone: (919) 856-4043
Email: benjamin.higgins2@usdoj.gov
Massachusetts Bar # 690969
*Attorney for the SBA*