**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE: CHAPTER 7

**JOHN ADAM KOZAK,** **CASE NO. 24-04051-PWM**

Debtor.

**NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY**

TO: ALL CREDITORS AND PARTIES IN INTEREST

In accordance with Rule 6007 of the Federal Rules of Bankruptcy Procedure George F. Sanderson III, chapter 7 trustee in the above-captioned case ("Trustee"), gives notice that the Trustee intends to abandon the following of the Debtor's property:

1) Any and all ownership and management interests in Stellar Beach Realty & Rentals, LLC and Fun in the Sun Rentals, LLC.

The property listed above does not possess realizable equity in excess of liabilities and administrative costs of liquidation and is otherwise burdensome to the bankruptcy estate.

An objection to the proposed abandonment may be filed with the Clerk, United States Bankruptcy Court, Post Office Box 791, Raleigh, North Carolina 27602, with a copy served on the Trustee whose name appears at the bottom of this Notice, within FOURTEEN (14) DAYS of the date of the mailing of this notice. No hearing will be conducted on said objections unless the Court, in its discretion, deems a hearing necessary, or unless a hearing is requested by the party filing such request. Any party requesting a hearing shall appear at said hearing in support of such request or may be assessed with costs.

Respectfully submitted, this the 1st day of May, 2026.

/s/ George F. Sanderson III
George F. Sanderson III
Bar No. 33054
P.O. Box 6130
Raleigh, NC 27628
(984) 867-9300
george@georgesandersonlaw.com
*Chapter 7 Trustee*