**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERNDISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE: CHAPTER 7

**JOHN ADAM KOZAK,** **CASE NO. 24-04051-PWM**

Debtor.

**CHAPTER 7 TRUSTEE'S MOTION FOR RULE 2004 PRODUCTION OF DOCUMENTS FROM AMERICAN EXPRESS NATIONAL BANK**

George F. Sanderson III, the Chapter 7 Bankruptcy Trustee for the Bankruptcy Estate of John Adam Kozak ("Trustee"), moves the Court pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure for an order compelling production of documents from American Express National Bank. In support of this motion, the Trustee shows the Court the following:

1. Debtor filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code on November 20, 2024. The Trustee is the duly appointed Chapter 7 Trustee for the bankruptcy estate.

2. American Express National Bank extended credit to the Debtor prior to the Debtor filing for bankruptcy and his related entities and has filed a proof of claim in the bankruptcy case.

3. The Trustee believes that American Express National Bank possesses documents concerning the acts, conduct, property, liabilities, and financial condition of the Debtor, as well as to other matters that may affect the administration of the

Debtor's estate including, without limitation, information concerning transfers that may be subject to recovery pursuant to Chapter 5 of the Bankruptcy Code. WHEREFORE, the Trustee respectfully prays that the Court order:

a. That American Express National Bank produce the following documents for the time period from January 1, 2020 to November 20, 2024.

   **(1) All statements for all accounts of John Adam Kozak including joint and sub accounts, including, without limitation, the accounts ending in x2004 (Stellar Beach Rental) and x1003 (Stellar Beach Realty) to the extent that any such account had activity during the specified time period.**

   **(2) All card agreements and statements of terms and conditions in effect during the specified time period for all accounts of John Adam Kozak including joint and sub accounts, including, without limitation, the accounts ending in x2004 (Stellar Beach Rental) and x1003 (Stellar Beach Realty).**

   **(3) All statements and documents related to the accumulation and usage of Membership Rewards Points for all accounts of John Adam Kozak including joint and sub accounts, including, without limitation, the accounts ending in x2004 (Stellar Beach Rental) and x1003 (Stellar Beach Realty) to the extent that any such account had activity during the specified time period.**

b. That American Express National Bank produce the documents indicated above for examination and copying at the offices of The Sanderson Law Firm, PLLC, 2609 Atlantic Avenue, Suite 215, Raleigh, NC 27604 within twenty-one (21) days after entry of the Order allowing this request, or such later date as may be designated by the Trustee; and,

c. All other relief the Court deems necessary and appropriate.

Respectfully submitted this the 18th day of September, 2026.

/s/George F. Sanderson, III
George F. Sanderson, III
N.C. Bar No. 33054
THE SANDERSON LAW FIRM, PLLC
P.O. Box 6130 Raleigh, NC 27628
george@georgesandersonlaw.com
*Counsel for the Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2026, I electronically filed the Chapter 7 Trustee's Motion for Rule 2004 Production of Documents from American Express National Bank with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brian C. Behr
*United States Bankruptcy Administrator*

And to all other parties receiving notices through the Court's CM/ECF system.

I further mailed a copies of the foregoing via United States First Class Mail as follows:

John Adam Kozak
308 Arborhill Lane,
Holly Springs, NC 27540
*Debtor*

American Express National Bank
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

I further mailed a copy via certified mail, return receipt requested, as follows:

American Express National Bank
Attn: Officer
115 W Towne Ridge Pkwy
Sandy, UT 84070

This the 18th day of September, 2026

/s/George F. Sanderson, III
George F. Sanderson, III
N.C. Bar No. 33054
THE SANDERSON LAW FIRM, PLLC
P.O. Box 6130 Raleigh,
NC 27628
george@georgesandersonlaw.com